## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
Monroe District of Florida

Case Number: 9:23-CV-81462-RLR

Plaintiff: **Jordan Rivero**
vs.
Defendant: **Monroe County Sheriff's Office, Rick Ramsay, Dyllon Hansen, Ana Coello, Vaughn O'Keefe**


ROC2023011667

For: Dena Sisk Foman
    McLaughlin & Stern, LLP

Received by Rock Legal Services & Investigations Inc on the 13th day of November, 2023 at 12:13 pm to be served on **Ana Coello, 3212 Acorn Cir., Dickinson, TX 77539.** I, _Bonnalee J Aoguard_, being duly sworn, depose and say that on the _13th_ day of _NOVEMBER_, 2023 at _2:51_ p.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

(✓)INDIVIDUAL SERVICE/(_)SUBSTITUTE SERVICE by serving _Ana Coello_ as _____ /co-resident, who stated they resided together. I informed the person served of the contents therein.

MILITARY STATUS:  Based upon inquiry of party served, Defendant is_____/is not_____ in the military.

MARITAL STATUS:  Based upon inquiry of party served, Defendant is_____/is not_____ married.

(__) NON SERVICE: For the reason detailed in the Comments below.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true.

COMMENTS:_____
_____
_____
_____

Age _25-30_ Sex M(F) Race _WH_ Height _5'3_ Weight _130_ Hair _light brown_ Glasses Y (N)  _TATOOS UP both ARMS._

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of _TEXAS_
County of _Galveston_
Subscribed and Sworn to before me on the _13th_ day of _NOVEMBER_, _____ by the affiant who is (X) personally known to me or (__) produced appropriate identification.

_Amanda K. Rowland_
NOTARY PUBLIC
_Amanda K. Rowland_      Print name


AMANDA K. ROWLAND
Notary Public, State of Texas
Comm. Expires 10-10-2026
Notary ID 7419581

PROCESS SERVER # _10316_
Appointed in accordance with State Statutes

**Rock Legal Services & Investigations Inc**
2048 Ponce De Leon Avenue
West Palm Beach, FL 33407
(561) 296-7574

Our Job Serial Number: 2023011667

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n